Form 132 − 13sum

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  26−15487−MEH
Chapter:  13
Judge:  Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gina Isabel Roman−Martinez
   aka Gna Roman Martinez
   1410 Harding Avenue
   Linden, NJ 07036

Social Security No.:
   xxx−xx−8503

Employer's Tax I.D. No.:

---

### NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            8/5/26
Time:            09:45 AM
Location:         Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: May 29, 2026
JAN:

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 26-15487-MEH |
| Gina Isabel Roman-Martinez | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: May 29, 2026 | Form ID: 132 | Total Noticed: 45 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Gina Isabel Roman-Martinez, 1410 Harding Avenue, Linden, NJ 07036-4716 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | May 29 2026 20:59:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 29 2026 20:59:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | May 29 2026 20:59:53 | CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ON, 4515 N SANTA FE AVE, OKLAHOMA CITY, OK 73118-7901 |
| 521215019 | + Email/PDF: bncnotices@becket-lee.com | May 29 2026 20:59:53 | Amex, CorrespondenceBankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 521215020 | + Email/PDF: bncnotices@becket-lee.com | May 29 2026 20:59:44 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 521215021 | + Email/Text: BarclaysBankDelaware@tsico.com | May 29 2026 20:58:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 521215023 | + Email/Text: BarclaysBankDelaware@tsico.com | May 29 2026 20:58:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 521215025 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | May 29 2026 20:59:42 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 521215027 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | May 29 2026 21:00:02 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 521215032 | + Email/PDF: acg.coaf.ebn@aisinfo.com | May 29 2026 21:00:04 | Capital One Auto Finance, Capital One Auto Finance, Attn: Bankrupt, 7933 Preston Rd, Plano, TX 75024-2302 |
| 521215033 | Email/PDF: acg.coaf.ebn@aisinfo.com | May 29 2026 21:00:04 | Capital One Auto Finance, Credit Bureau Dispute, Plano, TX 75025 |
| 521220230 | + Email/PDF: acg.acg.ebn@aisinfo.com | May 29 2026 21:00:03 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 521230319 | Email/PDF: resurgentbknotifications@resurgent.com | May 29 2026 20:59:46 | Cf Sofi Holdings 2 Llc, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521215039 | + Email/PDF: ais.chase.ebn@aisinfo.com | May 29 2026 20:59:42 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 521215038 | + Email/PDF: ais.chase.ebn@aisinfo.com | | |

District/off: 0312-2                          User: admin                                    Page 2 of 4
Date Rcvd: May 29, 2026                       Form ID: 132                            Total Noticed: 45

| | | | | |
|---|---|---|---|---|
| | | | May 29 2026 21:00:01 | Chase Card Services, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 521215034 | + | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | May 29 2026 20:59:42 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 521215035 | + | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | May 29 2026 20:59:51 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 521215042 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | May 29 2026 21:10:22 | Citibank, Attn: Bankruptcy Department, P.O.Box 790046, St. Louis, MO 63179-0046 |
| 521215044 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | May 29 2026 20:59:47 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 521215046 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | |
| | | | May 29 2026 20:59:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 521215054 | + | Email/Text: dplbk@discover.com | | |
| | | | May 29 2026 20:59:00 | Discover Personal Loans, Attn: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 521215055 | + | Email/Text: dplbk@discover.com | | |
| | | | May 29 2026 20:59:00 | Discover Personal Loans, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 521215056 | + | Email/Text: mrdiscen@discover.com | | |
| | | | May 29 2026 20:57:00 | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 521215058 | | Email/Text: bankruptcycourts@equifax.com | | |
| | | | May 29 2026 20:58:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 521215059 | | Email/Text: bankruptcycourts@equifax.com | | |
| | | | May 29 2026 20:58:00 | Equifax Credit Info. Services,Inc., P.O. Box 740241, Atlanta, GA 30374 |
| 521215060 | ^ | MEBN | | |
| | | | May 29 2026 20:54:06 | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 521215061 | ^ | MEBN | | |
| | | | May 29 2026 20:53:37 | Experian, P.O. Box 4500, Allen, TX 75013-1311 |
| 521215062 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | | |
| | | | May 29 2026 20:58:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 521215063 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | | |
| | | | May 29 2026 20:58:00 | Goldman Sachs Bank USA, Lockbox 6112, Philadelphia, PA 19170-0001 |
| 521215064 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | May 29 2026 20:58:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 521215069 | | Email/Text: EBN@Mohela.com | | |
| | | | May 29 2026 20:58:00 | Sofi Lending Corp/MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 521215066 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | |
| | | | May 29 2026 20:59:00 | Nelnet, 2401 International Lane, Madison, WI 53704-3121 |
| 521215065 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | |
| | | | May 29 2026 20:59:00 | Nelnet, Attn: Bankruptcy Department, P.O.Box 82505, Lincoln, NE 68501-2505 |
| 521215068 | + | Email/Text: BKMAIL@planethomelending.com | | |
| | | | May 29 2026 20:58:00 | Planet Home Lending, LLC, 321 Research Parkway, Meriden, CT 06450-8301 |
| 521215067 | + | Email/Text: BKMAIL@planethomelending.com | | |
| | | | May 29 2026 20:58:00 | Planet Home Lending, LLC, 321 Research Parkway, Suite 303, Meriden, CT 06450-8342 |
| 521215071 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | |
| | | | May 29 2026 20:57:00 | State of New Jersey Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, P.O. Box 245, Trenton, NJ 08695-0245 |
| 521215070 | + | Email/PDF: SoFiBKNotifications@resurgent.com | | |
| | | | May 29 2026 20:59:52 | Sofi Lending Corp/MOHELA, Po Box 654081, Dallas, TX 75265-4081 |
| 521215072 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | May 29 2026 20:59:42 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965065, Orlando, FL 32896-5065 |
| 521215074 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | May 29 2026 20:59:41 | Synchrony Bank/TJX, Po Box 71737, Philadelphia, PA 19176-1737 |
| 521215077 | + | Email/Text: bncmail@w-legal.com | | |

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 29, 2026 | Form ID: 132 | Total Noticed: 45 |

| | | May 29 2026 20:58:00 | Target NB, Po Box 673, Minneapolis, MN 55440-0673 |
|---|---|---|---|
| 521215076 | + Email/Text: bncmail@w-legal.com | | |
| | | May 29 2026 20:58:00 | Target NB, Co Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 521215078 | ^ MEBN | | |
| | | May 29 2026 20:53:43 | TransUnion Consumer Solutions, P.O. Box 2000, Crum Lynne, PA 19022 |
| 521215079 | ^ MEBN | | |
| | | May 29 2026 20:53:53 | TransUnion LLC, 2 Baldwin Place, PO Box 1000, Chester, PA 19016-1000 |
| 521225909 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | |
| | | May 29 2026 20:59:00 | U.S. Department of Education c/o Nelnet, 121 South 13th Street, LINCOLN, NE 68508-1911 |

TOTAL: 44

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 521215022 | *+ | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 521215024 | *+ | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 521215026 | *+ | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 521215028 | *+ | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 521215029 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 521215030 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 521215031 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 521215040 | *+ | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 521215041 | *+ | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 521215036 | *+ | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 521215037 | *+ | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 521215043 | *+ | Citibank, Attn: Bankruptcy Department, P.O.Box 790046, St. Louis, MO 63179-0046 |
| 521215045 | *+ | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 521215047 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 521215048 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 521215049 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 521215050 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 521215051 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 521215052 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 521215053 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 521215057 | *+ | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 521215073 | *+ | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965065, Orlando, FL 32896-5065 |
| 521215075 | *+ | Synchrony Bank/TJX, Po Box 71737, Philadelphia, PA 19176-1737 |

TOTAL: 0 Undeliverable, 23 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2026                    Signature:          /s/Gustava Winters

District/off: 0312-2

Date Rcvd: May 29, 2026

User: admin

Form ID: 132

Page 4 of 4

Total Noticed: 45

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David G. Beslow | on behalf of Debtor Gina Isabel Roman-Martinez ecf@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;cfinnerty@goldmanlaw.org;Beslow.DavidR64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor PLANET HOME LENDING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4