| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1**<br><br>MATTHEW FISSEL, ESQUIRE<br>KML LAW GROUP, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>mfissel@kmllawgroup.com<br>Attorneys for Secured Creditor:<br>Planet Home Lending, LLC | **Order Filed on August 14, 2026<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br>Gina Isabel Roman-Martinez aka Gna Roman Martinez<br>Debtor | Case No.: 26-15487 MEH<br><br>Hearing Date: 8/5/2026 @ 9:45am<br><br>Judge: Mark Edward Hall |

**ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: August 14, 2026**

Honorable Mark E. Hall
United States Bankruptcy Judge

| | |
|---|---|
| Debtor: | Gina Isabel Roman-Martinez aka Gna Roman Martinez |
| Case No.: | 26-15487 MEH |
| Caption: | **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN** |

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Planet Home Lending, LLC, holder of a mortgage on real property located at 1410 Harding Ave, Linden, NJ, 07036, Matthew Fissel appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and David G. Beslow, Esquire, attorney for Debtor, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Debtor shall pay the arrearage claim of Secured Creditor in full, which is claim # 11 on the claims register and contains pre-petition arrears of $2,012.36 through the Chapter 13 plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor is to make post-petition payments in accordance with the terms of the note, mortgage, and notices of payment change; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtors reserve their right to object to Secured Creditor's proof of claim and notice of payment change; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that this Order shall be made a part of any Order confirming the Chapter 13 plan in this case; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.