Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 26−15487−MEH
Chapter: 13
Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Gina Isabel Roman−Martinez
aka Gna Roman Martinez
1410 Harding Avenue
Linden, NJ 07036

Social Security No.:
xxx−xx−8503

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 21, 2026.

Dated: August 21, 2026
JAN: mff

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re: Case No. 26-15487-MEH

Gina Isabel Roman-Martinez Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 4

Date Rcvd: Aug 21, 2026 Form ID: plncf13 Total Noticed: 51

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gina Isabel Roman-Martinez, 1410 Harding Avenue, Linden, NJ 07036-4716 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 21 2026 21:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 21 2026 21:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 21 2026 21:57:13 | CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ON, 4515 N SANTA FE AVE, OKLAHOMA CITY, OK 73118-7901 |
| 521248792 | | Email/PDF: bncnotices@becket-lee.com | Aug 21 2026 21:56:41 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 521215019 | + | Email/PDF: bncnotices@becket-lee.com | Aug 21 2026 21:56:47 | Amex, CorrespondenceBankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 521215020 | + | Email/PDF: bncnotices@becket-lee.com | Aug 21 2026 21:56:46 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 521215021 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 21 2026 21:49:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 521215023 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 21 2026 21:49:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 521215025 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 21 2026 21:56:44 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 521215027 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 21 2026 21:56:57 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 521215032 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Aug 21 2026 21:56:49 | Capital One Auto Finance, Capital One Auto Finance, Attn: Bankrupt, 7933 Preston Rd, Plano, TX 75024-2302 |
| 521215033 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Aug 21 2026 21:56:49 | Capital One Auto Finance, Credit Bureau Dispute, Plano, TX 75025 |
| 521220230 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 21 2026 21:57:13 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 521235923 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 21 2026 21:56:47 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 521244977 | + | Email/PDF: ebn_ais@aisinfo.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Aug 21 2026 21:56:48 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 521230319 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 21 2026 21:57:02 | Cf Sofi Holdings 2 Llc, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521215039 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 21 2026 21:56:44 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 521215038 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 21 2026 21:56:56 | Chase Card Services, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 521215034 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 21 2026 21:56:43 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 521215035 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 21 2026 21:57:09 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 521215042 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 21 2026 21:57:17 | Citibank, Attn: Bankruptcy Department, P.O.Box 790046, St. Louis, MO 63179-0046 |
| 521215044 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 21 2026 21:56:51 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 521215046 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 21 2026 21:50:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 521215054 | + | Email/Text: dplbk@discover.com | Aug 21 2026 21:50:00 | Discover Personal Loans, Attn: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 521215055 | + | Email/Text: dplbk@discover.com | Aug 21 2026 21:50:00 | Discover Personal Loans, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 521215056 | + | Email/Text: mrdiscen@discover.com | Aug 21 2026 21:48:00 | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 521215058 | | Email/Text: bankruptcycourts@equifax.com | Aug 21 2026 21:49:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 521215059 | | Email/Text: bankruptcycourts@equifax.com | Aug 21 2026 21:49:00 | Equifax Credit Info. Services,Inc., P.O. Box 740241, Atlanta, GA 30374 |
| 521215060 | ^ | MEBN | Aug 21 2026 21:47:40 | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 521215061 | ^ | MEBN | Aug 21 2026 21:46:07 | Experian, P.O. Box 4500, Allen, TX 75013-1311 |
| 521215062 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 21 2026 21:49:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 521215063 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 21 2026 21:49:00 | Goldman Sachs Bank USA, Lockbox 6112, Philadelphia, PA 19170-0001 |
| 521215064 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 21 2026 21:49:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 521298882 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 21 2026 21:57:01 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521215069 | | Email/Text: EBN@Mohela.com | Aug 21 2026 21:48:00 | Sofi Lending Corp/MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 521215066 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 21 2026 21:50:00 | Nelnet, 2401 International Lane, Madison, WI 53704-3121 |
| 521215065 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 21 2026 21:50:00 | Nelnet, Attn: Bankruptcy Department, P.O.Box 82505, Lincoln, NE 68501-2505 |
| 521296500 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 21 2026 21:56:47 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 521215068 | + | Email/Text: BKMAIL@planethomelending.com | Aug 21 2026 21:49:00 | Planet Home Lending, LLC, 321 Research Parkway, Meriden, CT 06450-8301 |
| 521301183 | + | Email/Text: BKMAIL@planethomelending.com | Aug 21 2026 21:49:00 | Planet Home Lending, LLC, 321 Research Pkwy |

| | | | | |
|---|---|---|---|---|
| | | | | #303, Meriden, CT 06450-8342 |
| 521215067 | + | Email/Text: BKMAIL@planethomelending.com | Aug 21 2026 21:49:00 | Planet Home Lending, LLC, 321 Research Parkway, Suite 303, Meriden, CT 06450-8342 |
| 521215071 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Aug 21 2026 21:48:00 | State of New Jersey Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, P.O. Box 245, Trenton, NJ 08695-0245 |
| 521215070 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Aug 21 2026 21:56:58 | Sofi Lending Corp/MOHELA, Po Box 654081, Dallas, TX 75265-4081 |
| 521215072 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 21 2026 21:56:55 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965065, Orlando, FL 32896-5065 |
| 521215074 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 21 2026 21:56:57 | Synchrony Bank/TJX, Po Box 71737, Philadelphia, PA 19176-1737 |
| 521215077 | + | Email/Text: bncmail@w-legal.com | Aug 21 2026 21:49:00 | Target NB, Po Box 673, Minneapolis, MN 55440-0673 |
| 521215076 | + | Email/Text: bncmail@w-legal.com | Aug 21 2026 21:49:00 | Target NB, Co Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 521215078 | ^ | MEBN | Aug 21 2026 21:46:45 | TransUnion Consumer Solutions, P.O. Box 2000, Crum Lynne, PA 19022 |
| 521215079 | ^ | MEBN | Aug 21 2026 21:47:07 | TransUnion LLC, 2 Baldwin Place, PO Box 1000, Chester, PA 19016-1000 |
| 521225909 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 21 2026 21:50:00 | U.S. Department of Education c/o Nelnet, 121 South 13th Street, LINCOLN, NE 68508-1911 |

TOTAL: 50

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 521215022 | *+ | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 521215024 | *+ | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 521215026 | *+ | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 521215028 | *+ | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 521215029 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 521215030 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 521215031 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 521215040 | *+ | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 521215041 | *+ | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 521215036 | *+ | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 521215037 | *+ | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 521215043 | *+ | Citibank, Attn: Bankruptcy Department, P.O.Box 790046, St. Louis, MO 63179-0046 |
| 521215045 | *+ | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 521215047 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 521215048 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 521215049 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 521215050 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 521215051 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 521215052 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 521215053 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 521215057 | *+ | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 521215073 | *+ | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965065, Orlando, FL 32896-5065 |
| 521215075 | *+ | Synchrony Bank/TJX, Po Box 71737, Philadelphia, PA 19176-1737 |

TOTAL: 0 Undeliverable, 23 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David G. Beslow | on behalf of Debtor Gina Isabel Roman-Martinez ecf@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;cfinnerty@goldmanlaw.org;Beslow.DavidR64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| J. Eric Kishbaugh | on behalf of Creditor PLANET HOME LENDING LLC jkishbaugh@udren.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor PLANET HOME LENDING LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5